
530102

| | |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN** | INDEX NO: 4131/07<br>FILE DATE:<br>ATTY: LAW OFFICE OF DAVID A. ZELMAN<br>612 EASTERN PKWY<br>BROOKLYN, NY 11225 |

STATE OF NEW YORK: COUNTY OF SOUTHERN

EPS No: 517291
Attorney File No:
Batch No: 0

**GUADALUPE SANCHEZ**                                        Plaintiff(s)

- against -

**PORT AUTHORITY OF NEW YORK & NEW JERSEY, ET AL**        Defendant(s)

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**

YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/12/2007 at 11:50AM at 225 PARK AVENUE SOUTH, NEW YORK, NY 10003, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on PORT AUTHORITY OF NEW YORK & NEW JERSEY. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with PORT AUTHORITY OF NEW YORK & NEW JERSEY and that the deponent knew the person so served to be the GENERAL AGENT, MICHELE GILARD, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

Approximate age: **40**         Approximate weight: **190**         Approximate height: **5'8"**
Color of skin: **BLACK**        Color of hair: **BLACK**            Sex: **F**

Sworn to before me on  6/13/2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

COURT: UNITED STATES DISTRICT COURT

COUNTY: SOUTHERN

INDEX NO: 4131/07

---

GUADALUPE SANCHEZ

Plaintiff(s)

- against -

PORT AUTHORITY OF NEW YORK & NEW JERSEY, ET AL

Defendant(s)

---

## AFFIDAVIT OF SERVICE

LAW OFFICE OF DAVID A. ZELMAN
Attorney for Plaintiffs
612 EASTERN PKWY
BROOKLYN, NY 11225
718-604-3072
718-604-3074

ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001