
530960

| INDEX NO: 4131/07 |
| FILE DATE: |
| ATTY: LAW OFFICE OF DAVID A. ZELMAN |
| 612 EASTERN PKWY |
| BROOKLYN, NY 11225 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN**

STATE OF NEW YORK: COUNTY OF SOUTHERN

EPS No: 517291
Attorney File No:
Batch No: 0

**GUADALUPE SANCHEZ**                                   **Plaintiff(s)**

- against -

**PORT AUTHORITY OF NEW YORK & NEW JERSEY, ET AL**     **Defendant(s)**

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
JOHN MILO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/25/2007 at 11:20AM at JFK AIRPORT PORT AUTHORITY, BUILDING 269, JAMAICA, NY deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on P.O. MATTHEW WESTFIELD. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**SUITABLE AGE PERSON**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with SGT. FARREL, CO-WORKER a person of suitable age and discretion at JFK AIRPORT PORT AUTHORITY, BUILDING 269, JAMAICA, NY, the said premises being the defendants Place of Business within the State of New York.

**MAILING**  First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to P.O. MATTHEW WESTFIELD at JFK AIRPORT PORT AUTHORITY, BUILDING 269, JAMAICA, NY in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 6/26/2007 via First Class Mail. The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.

NP

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

Approximate age: **50**           Approximate weight: **165**           Approximate height: **5'7"**
Color of skin: **WHITE**          Color of hair: **BLK/GRAY**           Sex: **M**

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  JUN 2 8 2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**