```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 6 2008
```

**THE PORT AUTHORITY** OF NY & NJ

Darrell Buchbinder, General Counsel
New York Litigation Division

February 22, 2008

*[Handwritten endorsement:]* February 25, 2008 — The defendant PANYNJ's response is satisfactory. There are no open discovery disputes and plaintiff's motion to transfer venue to the EDNY is Granted. 28 USC §1404. The Clerk of the Court is directed to transfer this case to the EDNY.
Paul Crotty, USDJ

VIA FACSIMILE
(212) 805-6304

The Honorable Paul A. Crotty
District Judge
United States District Court
Southern District of New York

Re: Sanchez v. Port Authority of NY & NJ, et al.
07 CV 4131(PAC)

**MEMO ENDORSED**

Dear Judge Crotty:

I represent the defendants in the above-captioned matter and I write this letter in response to plaintiff's letter to the Court regarding the status of discovery, dated January 30, 2008.

1. With regard to plaintiff's demand for a photograph of George Gonzalez, defendants are not presently in possession of any such photograph. Should further investigation reveal the existence of such a photograph, defendants will provide a reproduction of said photograph to plaintiff immediately.

2. Defendants have previously provided plaintiff with a copy of the subject warrant. Defendants are once again providing plaintiff with a copy of said warrant, via Federal Express, as of today's date.

3. Defendants are not in possession of a fingerprint card for George Gonzalez. As of today's date, defendants are again providing a copy of all documents discovered in the course of defendants' investigation in this case. Several of these documents do contain pedigree information for George Gonzalez.

4. As of today's date, defendants are providing plaintiff with a copy of all Port Authority records currently in defendants' possession that are associated with this matter.

5. As of today's date, defendants are proving plaintiff with the named defendant's personnel file.

**MEMO ENDORSED**

225 Park Avenue South, 13th Floor
New York, NY 10003
T. 212 435-8000

The Honorable Paul A. Crotty
February 22, 2008
Page 2 of 2



6. To the extent defendants a currently aware, the above responses encompass the entirety of the materials used and generated in the course of the investigation that led to plaintiff's detention.

Defendants are in accord with plaintiff's reservation of the right to continue the discovery process, most notably because there are documents and testimony to be obtained from Federal Customs Agents who were responsible for plaintiff's detention.

Sincerely,

Scott Ocobiogrosso
Attorney for Defendants

SO:km

cc: David Zelman, Esq.
Attorney for Plaintiff
612 Eastern Parkway
Brooklyn, NY 11225
Via Federal Express and
Facsimile: 718-604-3074

*225 Park Avenue South*
*New York, NY 10003*
*T: 212 435 7000*

TOTAL P.03



**THE PORT AUTHORITY** OF NY & NJ

# FAX

**Law Department**
225 Park Avenue South
New York, NY 10003
212 435-3834

| | | | |
|---|---|---|---|
| To: | The Honorable Paul A. Crotty | From: | Scott Occhiogrosso |
| Title: | District Judge | Date: | February 22, 2008 |
| Company: | US District Court | Phone: | 212-435-3483 |
| Fax: | 212-805-6304 | Pages: | 3 (including cover) |
| Phone: | | cc: | |

Re: Sanchez v. The Port Authority of NY & NJ, et al.

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ As Requested

Comments:

This facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient (or someone responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile transmission in error, please notify us immediately at the sender's telephone number listed above and return the original facsimile transmission to us by mail.

# LAW OFFICE OF DAVID A. ZELMAN, ESQ.

## 612 EASTERN PARKWAY

## BROOKLYN, NY 11225

### (718)604-3072

### FAX: (718) 604-3074

---

**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM |
|---|---|
| HONORABLE PAUL A. CROTTY | DAVID ZELMAN, ESQ |
| COMPANY: | DATE: 1/30/08 |
| FAX NUMBER: 212 805 6304 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | RE: SANCHEZ v. PORT AUTHORITY OF NY |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

**NOTES/COMMENTS:**

C.C.: SCOTT OCCHIOGROSSO, ESQ

FAX # 212 435 3834

CONFIDENTIAL

David A. Zelman, Esq.
612 Eastern Parkway
Brooklyn, New York
11225
(718) 604-3072

<u>Via Fax: (212) 805-6304</u>
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Ct Rm 20C
New York, New York 10007

January 30, 2008

Re: <u>Sanchez v. Port Authority of New York et. al.</u>
Civ No.: 07 CV 4131

Hon. Paul A. Crotty:

    Following the conference had before your honor last week, the undersigned was directed to write to your Honor and state the items previously sought in discovery in this matter which have yet to be produced by the defendants. A review of my file indicates that no Response was ever served to Plaintiff's Document Demands. Defendants have produced some documentation in this matter. Upon information and belief, the following either has not been produced or was produced but only in partial form:

1. Plaintiff demanded in this action a photograph of George Gonzalez, the wanted individual which was apparently requested by the defendants in this matter. Plaintiff is entitled to this item of discovery because, based upon plaintiff's repeated protestations of innocence during his arrest and subsequent incarceration, a photo of the wanted individual should have been used to confirm that the plaintiff was in fact George Gonzalez. See, <u>Carbajal v. Vill. of Hempstead</u>, 2006 U.S. Dist. LEXIS 22411, (EDNY, 2006).

2. A copy of the bench warrant issued against George Gonzalez: Warrant dated 1/15/1993.

3. Pedigree sheet and fingerprint card of George Gonzalez.

4. All Port Authority records associated with this matter.

1

5. The plaintiff demanded the personnel file, disciplinary file, performance reviews, complaints and internal affairs documentation regarding the named defendant including any substantiated complaints of misconduct against the named defendant.

6. Plaintiff should be afforded any and all documents / photos / recordings, or other tangible or intangible items utilized by the individual defendant or others in the employ of the Port Authority to determine plaintiff's identity and/or whether he was in fact a wanted individual. Defense counsel has produced some documentation in this matter, however, plaintiff reiterates this demand as there may be sill outstanding discovery utilized by the defendants to determine whether plaintiff was in fact wanted.

Plaintiff should be afforded an opportunity to demonstrate that defendants' efforts to ascertain plaintiff's identity were objectively unreasonable and that plaintiff was illegally and excessively detained due to the defendant's objectively unreasonable conduct. Plaintiff reserves the right to make other discovery demands during the pendency of this action.

Thank-you for your consideration.

Very Truly Yours,

David A. Zelman, Esq.,

Via Fax: 212 435 3834
Scott Occhiogrosso, Esq.
225 Park Avenue, 13th Floor
New York, NY 10003

2